Submitted January 5, 1984.   Elaine De-Masse, Assistant Public Defender, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Affirmed.

474 A.2d 642

Commonwealth v. Hill, Appellant.

Submitted February 15, 1984.   Michael J. Stack, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

474 A.2d 642

Commonwealth v. Hill, Appellant.

Submitted November 18, 1983.   Barry H. Denker,

for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed. Jurisdiction is relinquished.

474 A.2d 642

Commonwealth v. Kriest, Appellant.

Submitted November 8, 1983. Timothy M. Carland, Public Defender, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence vacated; case remanded for resentencing and for appointment of new counsel. Jurisdiction relinquished.

474 A.2d 643

Commonwealth v. Lapcevich, III, Appellant.

Argued October 26, 1983. Charles F. Gilchrest, for appellant; Harry Alan